Jay Sharani and Catherine Sharani
5688 Walnut Street
Dublin, CA 94568
Telephone; (925) 594-0996

Pro Se

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY SHARANI and CATHERINE SHARANI,<br><br>Plaintiffs,<br><br>vs.<br><br>SALVIATI & SANTORI, Inc., aka IAL LOGISTICS EMIRATES L.L.C.,<br><br>Defendants. | CASE NO.: C08-03854 MEJ ADR<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, other than the named parties, there is no such interest to report.

Dated: _____

                                  Jay Sharani
                                  Plaintiff Pro Se

Dated: _____

                                  Catherine Sharani
                                  Plaintiff Pro Se