**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY SHARANI and CATHERINE SHARANI, | No. C 08-03854 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SALVIATI & SANTORI, INC. a/k/a/ IAL LOGISTICS EMIRATES L.L.C., | |
| Defendant. / | |

Defendant's motion to dismiss plaintiffs' complaint is granted. This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/29/08

SUSAN ILLSTON
United States District Judge